Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Suarez Corporation Industries** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  BargMax LLC**<br>**DBA  Biotech Research**<br>**DBA  Chef Jon Molnar Specialty Foods**<br>**DBA  Edenpure**<br>**DBA  Fit One LLC**<br>**DBA  International Home Shopping**<br>**DBA  International Telecommunications**<br>**DBA  Lindenwold Fine Jewelers**<br>**DBA  Namath Products**<br>**DBA  SCI Pinnacle**<br>**DBA  Sports Innovations**<br>**DBA  Stark Journal**<br>**DBA  Steps2Invent LLC**<br>**DBA  Suarez Enterprises IC-DISC Inc.**<br>**DBA  Suarez Manufacturing Industries**<br>**DBA  Success Products Industry**<br>**DBA  The Hanford Press**<br>**DBA  United States Commemorative Gallery**<br>**DBA  US Commemorative Gallery** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **34-1132690** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **7800 Whipple Ave NW**<br>**North Canton, OH 44720-6928**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Stark**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | **7800 Whipple Ave NW North Canton, OH 44720-6928**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.suarez.com** | |

6.  **Type of debtor**

   �’■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP

   ☐ Other. Specify: _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See Attachment** | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in** *this district?*

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
               Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

       Contact name _____

       Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

.  Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August  7, 2017**
MM / DD / YYYY

X **/s/ Benjamin D. Suarez**
Signature of authorized representative of debtor

**Benjamin D. Suarez**
Printed name

Title   **CEO**

**18. Signature of attorney**

X **/s/ Anthony J. DeGirolamo**
Signature of attorney for debtor

Date **August  7, 2017**
MM / DD / YYYY

**Anthony J. DeGirolamo**
Printed name

**Anthony J. DeGirolamo, Attorney at Law**
Firm name

**3930 Fulton Dr NW Ste 100B**
**Canton, OH 44718-3040**
Number, Street, City, State & ZIP Code

Contact phone   **(330) 305-9700**       Email address   **ajdlaw@sbcglobal.net**

**0059265**
Bar number and State

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO, CANTON DIVISION

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | **SCI Direct LLC** | | Relationship to you | **Affiliate** |
| Debtor | **SCI Direct LLC** | | Relationship to you | **Affiliate** |
| District | **Northern District of Ohio** | When | Case number, if known | |
| Debtor | **Retail Partner Enterprises LLC** | | Relationship to you | **Affiliate** |
| District | **Northern District of Ohio** | When | Case number, if known | |
| Debtor | **Media Service Corporation** | | Relationship to you | **Affiliate** |
| District | **Northern District of Ohio** | When | Case number, if known | |

Fill in this information to identify the case:

Debtor name **Suarez Corporation Industries**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF OHIO, CANTON DIVISION**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Restless Noggins Manufacturing LLC 334 Orchard Ave NE North Canton, OH 44720-2556** | | **Trade debt** | | | | **$5,304,113.76** |
| **Gano Properties LLC 6490 Friarsgate Dr NW Canton, OH 44718-2289** | | **Trade debt** | | | | **$3,588,724.00** |
| **Maple Street Commerce LLC c/o Charles P. Royer, Esq. 101 W Prospect Ave Ste 1800 Cleveland, OH 44115-1064** | | **Trade debt** | | | | **$1,838,883.32** |
| **Wesbanco c/o Mark W Bernlohr, Esq 50 S Main St Ste 201 Akron, OH 44308-1809** | | **Trade debt** | | | | **$1,725,000.00** |
| **Walgreens Inc 1901 E Voorhees Mail Stop 745 Danville, IL 61832** | | **Trade debt** | | | | **$376,115.84** |
| **Cisco Systems Capital Corp c/o Randy T. Slovin, Esq 644 Linn St Ste 720 Cincinnati, OH 45203-1733** | | **Trade debt** | | | | **$194,181.39** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Coface North America Ins Co c/o Robert N. Lurie, Esq 3962 Red Bank Rd Cincinnati, OH 45227-3408** | | **Trade debt** | | | | **$189,553.50** |
| **UPS 55 Glenlake Pkwy Atlanta, GA 30328-3474** | | **Trade debt** | | | | **$181,933.96** |
| **Hewlett-Packard Co 1501 Page Mill Rd Palo Alto, CA 94304-1126** | | **Trade debt** | | | | **$169,346.64** |
| **Buckingham Doolittle & Burroughs Attn: Patrick Keating, Esq. 3800 Embassy Pkwy Ste 300 Akron, OH 44333-8398** | | **Trade debt** | | | | **$160,695.34** |
| **Blue Technologies 5885 Grant Ave Cleveland, OH 44105-5607** | | **Trade debt** | | | | **$150,806.04** |
| **Cisco 170 W Tasman Dr San Jose, CA 95134-1700** | | **Trade debt** | | | | **$136,223.29** |
| **Taylor Hayes Inc. c/o Anthony J. Huspaska, Esq. 2618 E Paris Ave SE Grand Rapids, MI 49546-2454** | | **Trade debt** | | | | **$131,138.39** |
| **Cremer Spina Shaughnessy Jansen Siegert 1 N Franklin St Chicago, IL 60606-4425** | | **Trade debt** | | | | **$109,933.21** |
| **Levin Swedler Kennedy 3501 Embassy Pkwy Ste 200 Akron, OH 44333-8364** | | **Trade debt** | | | | **$84,010.00** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Womble Carlyle Sandridge 1200 19th St NW Washington, DC 20036-2412** | | **Trade debt** | | | | $81,552.22 |
| **PC Richard & Son Long Island Corp 150 Price Pkwy Farmingdale, NY 11735-1315** | | **Trade debt** | | | | $62,640.78 |
| **Spend Management Experts 967 Buckingham Cir NW Atlanta, GA 30327-2701** | | **Trade debt** | | | | $58,789.29 |
| **Yellowstone Captal LLC 30 Broad St Fl 14 New York, NY 10004-2906** | | | | $57,600.00 | $0.00 | $57,600.00 |
| **Wise Co Inc 3676 W California Ave Salt Lake City, UT 84104-6515** | | **Trade debt** | | | | $50,000.00 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**IN RE:**                                                Case No. _____

<u>**Suarez Corporation Industries**</u>                    Chapter **11** _____
<span style="margin-left:4em;">Debtor(s)</span>

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: <u>**August  7, 2017**</u> _____     Signature: <u>***/s/ Benjamin D. Suarez***</u> _____
<span style="margin-left:10em;">**Benjamin D. Suarez, CEO**</span>                              Debtor


Date: _____     Signature: _____
<span style="margin-left:28em;">Joint Debtor, if any</span>

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Alliance Recycling Center
15969 River St NE
Alliance, OH  44601-9307


Alliance Solutions Group
4500 Rockside Rd
Independence, OH  44131-2131


Allstate Insurance
2775 Sanders Rd
Northbrook, IL  60062-6110


American United Life Insurance
9800 McKnight Rd
Pittsburgh, PA  15237-6004


AmeriGas
PO Box 140
Palatine, IL  60078-0140


AT&T
PO Box 5080
Carol Stream, IL  60197-5080


AT&T
PO Box 5019
Carol Stream, IL  60197-5019

Attorney General for the United States
Civil Trail Section, Northern Region
PO Box 55
Washington, DC  20044-0055


Aultcare
2600 6th St SW
Canton, OH  44710-1702


AUS Cleveland
PO Box 731676
Dallas, TX  75373-1676


Baker Dublikar Beck Wiley & Mathews
400 S Main Street
North Canton, OH  44720


Blue Technologies
5701 Mayfair Rd
Canton, OH  44720-1546


Blue Technologies
5885 Grant Ave
Cleveland, OH  44105-5607


Brouse McDowell
Attn: Mark B. Merklin, Esq.
388 S Main St Ste 500
Akron, OH  44311-4419

Buckeye Roofing
2130 Market Ave N
Canton, OH  44714-1936


Buckingham Doolittle & Burroughs
Attn: Patrick Keating, Esq.
3800 Embassy Pkwy Ste 300
Akron, OH  44333-8398


Bureau Of Workers Compensation
30 W. Spring  32nd FL
Columbus, OH  43215


Canton Regional Chamber of Commerce
222 Market Ave N
Canton, OH  44702-1418


Careworks Consultants Inc.
PO Box 8101
Dublin, OH  43016-2101


Cindy Hickman, et al.
c/o Timothy Deveraux, Esq.
7310 N Shadeland Ave
Indianapolis, IN  46250-2024


Cisco
170 W Tasman Dr
San Jose, CA  95134-1700

Cisco Systems Capital
PO Box 41602
Philadelphia, PA  19101-1602


Cisco Systems Capital Corp
c/o Randy T. Slovin, Esq
644 Linn St Ste 720
Cincinnati, OH  45203-1733


Clarity Providers LLC
PO Box 1425
Wheaton, IL  60187-1425


Coface North America Ins Co
c/o Robert N. Lurie, Esq
3962 Red Bank Rd
Cincinnati, OH  45227-3408


Collins McDonald & Gann
138 Mineola Blvd
Mineola, NY  11501-3918


ColorTree Group
8000 Villa Park Dr
Richmond, VA  23228-6500


Concord Express Inc
5905 Green Pointe Dr S Ste D
Groveport, OH  43125-2007

```
Copyright Inc
4880 Hills & Dales Rd NW
Canton, OH   44708


Creation Gardens
2055 Nelson Miller Pkwy
Louisville, KY   40223-2185


Cremer Spina Shaughnessy Jansen Siegert
1 N Franklin St
Chicago, IL   60606-4425


Culligan
PO Box 2932
Wichita, KS   67201-2932


David J. Thompson
6947 Naus Way
Bloomsburg, PA   17815


Dominion East Ohio
PO Box 26785
Richmond, VA   23261-6785


Doug Doucette, et al.
c/o Law Offices of Wagner & Jones
1111 E Herndon Ave Ste 317
Fresno, CA   93720-3100
```

Dover Landscaping LLC
4453 Red Fox Dr NW
Massillon, OH  44646-7848


Employ Temps
925 S Main St
North Canton, OH  44720-3625


Environmental Chemical
730 Market Ave S
Canton, OH  44702-2166


Erie & Niagara Insurance Assoc
c/o John R. Casey, Esq
4 Tower Pl Ste 100
Albany, NY  12203-3703


Exclaimer Inc
445 Park Ave
New York, NY  10022-2606


Faircrest Door
4001 Cleveland Ave S
Canton, OH  44707-1333


First Choice Pest Mgt
PO Box 494
Massillon, OH  44648-0494

First Communications
PO Box 781115
Detroit, MI  48278-1115


First Communications
3340 W Market St
Akron, OH  44333-3381


Firstlease Inc.
PO Box 57309
Philadelphia, PA  19111-7309


Fowler & Associates
PO Box 35128
Canton, OH  44735-5128


Freeborn & Peters LLP
311 S Wacker Dr
Chicago, IL  60606-6627


Gano Properties LLC
6490 Friarsgate Dr NW
Canton, OH  44718-2289


Gerald Baker, Esq.
3711 Whipple Ave NW
Canton, OH  44718-4900

```
Gorman Malarcik Pierce
The Gothic Bldg
54 E Mill St
Akron, OH  44308-1400


Grainger
PO Box 160
Palatine, IL  60078-0160


Graphco
6563 Cochran Rd
Solon, OH  44139-3901


Great America Leasing Co
PO Box 660831
Dallas, TX  75266-0831


Harland Technology Services
PO Box 93038
Chicago, IL  60673-3038


Harpst Ross Ltd
1559 Corporate Woods Pkwy Ste 250
Uniontown, OH  44685-7822


Healthsmart Rx Inc
PO Box 847374
Dallas, TX  75284-7374
```

```
Hewlett-Packard Co
1501 Page Mill Rd
Palo Alto, CA  94304-1126


Holderbaum Sewer & Drain
1615 Tremont Ave SE
Massillon, OH  44646-6936


Home Depot
PO Box 9055
Des Moines, IA  50368


Honeywell Systems
2 Corporate Center Dr Ste 100
Melville, NY  11747-3269


Injured Workers Pharmacy
300 Federal St
Andover, MA  01810-1038


Inspired E-Learning
613 NW Loop 410
San Antonio, TX  78216-5507


Interllicorp
3000 Auburn Dr Ste 410
Beachwood, OH  44122-4340
```

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA  19104-5002


Internal Revenue Service
Insolvency Group #6
1240 E 9th St Rm 493
Cleveland, OH  44199-2001


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101


Interstate Fire & Security
3271 Bruening Ave SW
Canton, OH  44706-4191


Iron Mountain
PO Box 27129
New York, NY  10087-7129


Iron Mountain Inc.
1275 E 40th St
Cleveland, OH  44114-3800


iStock by Getty Images
1240 20th Ave SE Ste 200
Calgary, AB  T2G 1-M8

```
J.F. Good Co
PO Box 951344
Cleveland, OH  44193-0011


James A. Rose, Esq.
Certilman Balin Adler & Hyman
90 Merrick Ave
East Meadow, NY  11554-1571


James M. Williams, Esq.
Krugliak Wilkins Griffiths & Dougherty
PO Box 36963
Canton, OH  44735-6963


John Rutter, Esq.
Roetzel & Andress
222 S Main St
Akron, OH  44308-1533


Jon Engle
2608 Hoffer St
Harrisburg, PA  17103-2046


Kempthorn Motors Inc
1449 Cleveland Ave NW
Canton, OH  44703-3138
```

```
Kevin L. String, Esq.
Kevin L. String Co LPA
68 Olive St Ste 6
Chagrin Falls, OH  44022-3117


Key2Health Inc.
2804 Smitter Rd
Tampa, FL  33618-2202


Larry & Dixie Jones
606 N Emporia St
El Dorado, KS  67042-1626


Larry Gebhart
1053 Williams Ave NE
Massillon, OH  44646-4773


Level 3 Communications
110 S Arlington St
Akron, OH  44306-1359


Levin Swedler Kennedy
3501 Embassy Pkwy Ste 200
Akron, OH  44333-8364


Mailing Services of Pittsburgh
155 Commerce Dr
Freedom, PA  15042-9202
```

Manion Gaynor & Manning
125 High St
Boston, MA  02110-2704


Maple Street Commerce LLC
c/o Charles P. Royer, Esq.
101 W Prospect Ave Ste 1800
Cleveland, OH  44115-1064


Mathie Supply Inc
4215 Portage St NW
Canton, OH  44720-7398


Matt Somers
2758 Daisybrook St NW
North Canton, OH  44720-8164


Melissa Data Corp
22382 Avenida Empresa
Rancho Santa Margarita, CA  92688-2112


Meyer Darragh Bucker
600 Grant St Ste 4850
Pittsburgh, PA  15219-2801


Michael A. Thompson, Esq.
4774 Munson St NW Ste 400
Canton, OH  44718-3634

Micromem International
358 5th Ave
New York, NY  10001-2209


Mike's Mobile Services Inc
4002 Orchard Park Dr
Parma, OH  44134-4539


Nahan Printing
7000 Saukview Dr
Saint Cloud, MN  56303-0814


Nancy Suarez
6490 Friarsgate Dr NW
Canton, OH  44718-2289


Neil C. Sander, Esq.
Isaac Wiles Burkholder & Teetor LLC
2 Miranova Pl Ste 700
Columbus, OH  43215-5098


Office Of The Ohio Attorney General
Collections Enforcement Section
150 E Gay St
Columbus, OH  43215-3130


Office of the United States Attorney
Attn: Bankruptcy Division
801 W Superior Ave Ste 400
Cleveland, OH  44113-1852

Office Of The United States Trustee
Howard Metzenbaum Courthouse
201 Superior Ave E Ste 441
Cleveland, OH  44114-1234


Ohio Dept Of Job & Family Services
PO Box 182404
Columbus, OH  43218-0000


Opex
305 Commerce Dr
Moorestown, NJ  08057-4215


PC Richard & Son Long Island Corp
150 Price Pkwy
Farmingdale, NY  11735-1315


Pearne Gordon
1801 E 9th St
Cleveland, OH  44114-3107


Penske Truck Leasing
PO Box 802577
Chicago, IL  60680-2577


Popular Design Inc
903 N Bowser Rd Ste 140
Richardson, TX  75081-2858

Premier Bank Credit Card
3820 N Louise Ave
Sioux Falls, SD  57107-0145


ProTech Security Inc.
PO Box 35034
Canton, OH  44735-5034


Pure Source LLC
c/o Neil Semple, Esq.
2101 NW Corporate Blvd Ste 300
Boca Raton, FL  33431-7364


Repository
PO Box 5214
Carol Stream, IL  60197-5214


Restless Noggins Manufacturing LLC
334 Orchard Ave NE
North Canton, OH  44720-2556


Robert Andalman, Esq.
A & G Law LLC
542 S Dearborn St Fl 10
Chicago, IL  60605-1508


Rodd A. Sanders, Esq.
Roderick Linton Belfance LLP
50 S Main St Fl 10
Akron, OH  44308-1849

Roetzel & Andress
222 S Main St
Akron, OH  44308-1533


Rohr & Sons Nursery
5357 Everhard Rd NW
Canton, OH  44718-2323


RS Resources Inc
c/o David G. Lombardi, Esq
209 S Main St Ste 800
Akron, OH  44308-1307


S & M Electrical
4015 Sherman Church Ave SW
Canton, OH  44706-4158


Safeco Insurance Co of America
c/o Craig Evezich, Esq.
175 NE Gilman Blvd Ste 209
Issaquah, WA  98027-2955


Safeguard by Prime
3438 Momentum Pl
Chicago, IL  60689-5334


Sanctuary
219 W Maple St
North Canton, OH  44720-2715

SAS Institure Inc.
PO Box 406922
Atlanta, GA  30384-6922


Satori Software
1301 5th Ave Ste 2200
Seattle, WA  98101-2676


Schauer Insurance
200 Market Ave N Ste 100
Canton, OH  44702-1435


Service IT Direct
2033 Chenault Dr
Carrollton, TX  75006-4941


Servpro
7801 Cleveland Ave NW
North Canton, OH  44720-5657


Simplex Grinnell LLP
13500 Darice Pkwy
Strongsville, OH  44149-3839


SMS Systems Maintenance
14416 Collection Center Dr
Chicago, IL  60693-0144

Spend Management Experts
967 Buckingham Cir NW
Atlanta, GA 30327-2701


Stark County Metro Sewer
PO Box 9972
Canton, OH 44711-0972


State Farm Insurance
PO Box 106169
Atlanta, GA 30348-6169


State Of Ohio Dept Of Taxation
PO Box 530 Attn: Bankruptcy Division
Columbus, OH 43216


Stephen Eckinger, Esq.
Eckinger Law Offices Ltd.
1611 N Main St Ste A
North Canton, OH 44720-8605


Sterling Paper
PO Box 783048
Philadelphia, PA 19178-3048


Synergex
2330 Gold Meadow Way
Gold River, CA 95670-4471

```
Tasc-Client Invoices
PO Box 88278
Milwaukee, WI  53288-8278


Taylor Hayes Inc.
c/o Anthony J. Huspaska, Esq.
2618 E Paris Ave SE
Grand Rapids, MI  49546-2454


The Cyril-Scott Co
c/o Kenneth Boukis, Esq.
614 W Superior Ave Ste 601
Cleveland, OH  44113-1306


The Horwitz Group LLC
130 Springside Dr
Akron, OH  44333-2472


The M. Conley Co.
PO Box 21270
Canton, OH  44701-1270


Thermtrol Corp
8914 Pleasantwood Ave NW
North Canton, OH  44720-4762


Thomas E. Hartnett, Esq.
Day Ketterer Ltd.
PO Box 24213
Canton, OH  44701-4213
```

Thyssenkrupp Elevator
PO Box 933004
Atlanta, GA  31193-3004


Trevor Errington
10176 Questa Ct
Wadsworth, OH  44281-8862


Uline
12575 Uline Dr
Pleasant Prairie, WI  53158-3686


UPS
55 Glenlake Pkwy
Atlanta, GA  30328-3474


UPS Freight
28013 Network Pl
Chicago, IL  60673-1280


UPS Mail Innovations
28013 Network Pl
Chicago, IL  60673-1280


UPS Supply Chain Solutions
28013 Network Pl
Chicago, IL  60673-1280

US Bank
800 Nicollet Mall
Minneapolis, MN  55402-7000


Veritiv
PO Box 644520
Cleveland, OH  44125


VMS Software
580 Main St
Bolton, MA  01740-1368


Walgreens Inc
1901 E Voorhees Mail Stop 745
Danville, IL  61832


Warehouse Solutions Inc
365 W Passaic St
Rochelle Park, NJ  07662-3017


Waste Management Of Ohio Inc.
PO Box 4648
Carol Stream, IL  60197-4648


WDJQ WDPN
393 Smyth Ave
Alliance, OH  44601-1562

Wells Fargo Vendor Fin Svc
PO Box 70239
Philadelphia, PA   19176-0239


Wesbanco
c/o Mark W Bernlohr, Esq
50 S Main St Ste 201
Akron, OH   44308-1809


Western Branch Diesel
1616 Metric Ave SW
Canton, OH   44706-3087


Wise Co Inc
3676 W California Ave
Salt Lake City, UT   84104-6515


Womble Carlyle Sandridge
1200 19th St NW
Washington, DC   20036-2412


WRL Advertising
4470 Dressler Rd NW
Canton, OH   44718-2716


XO
13865 Sunrise Valley Dr
Herndon, VA   20171-6187

```
Yellowstone Captal LLC
30 Broad St Fl 14
New York, NY  10004-2906


York Risk Services Group
5000 Bradenton Ave
Dublin, OH  43017-3520


Zeigler Tire
PO Box 678
Massillon, OH  44648-0678
```

# United States Bankruptcy Court
## Northern District of Ohio, Canton Division

In re    **Suarez Corporation Industries**           Case No.

                       Debtor(s)          Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **FLAT FEE**

     For legal services, I have agreed to accept          $ _____

     Prior to the filing of this statement I have received      $ _____

     Balance Due                       $ _____

■   **RETAINER**

     For legal services, I have agreed to accept and received a retainer of      $          **0.00**

     The undersigned shall bill against the retainer at an hourly rate of      $          **340.00**
     [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.    The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
            **Adversary proceedings and contested matters may be billed at the then applicable hourly rates.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
            **filing fees, credit report fees, credit counseling and debtor education fees, and other out of pocket costs.**

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
### (Continuation Sheet)

| |
|---|
| **CERTIFICATION** |
|     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**August  7, 2017** _____      **/s/ Anthony J. DeGirolamo** _____

*Date*                                          **Anthony J. DeGirolamo**

                                                 *Signature of Attorney*

                                                 **Anthony J. DeGirolamo, Attorney at Law**

                                                 **3930 Fulton Dr NW Ste 100B**

                                                 **Canton, OH 44718-3040**

                                                 **(330) 305-9700   Fax: (330) 305-9713**

                                                 **ajdlaw@sbcglobal.net**

                                                 *Name of law firm*

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com